# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JOVAN M. MOSELY

NO. 2019 KW 1310

**NOV 1 2 2019**

---

In Re:    Jovan M. Mosely, applying for supervisory writs, 32nd
          Judicial District Court, Parish of Terrebonne, No.
          679177.

---

**BEFORE:    WHIPPLE, C.J., GUIDRY AND CRAIN, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include the copy of the motion to quash filed with the district court, the district court's ruling on the motion, the bill of information or indictment, all pertinent minute entries and/or transcripts, and any other portions of the district court record that might support the claims raised in the writ application. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, the application must be filed on or before January 6, 2020. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

**VGW**
**JMG**
**WJC**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT